UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BRADLEY BURNELL BRIGHT**                                      **CIVIL ACTION**

**VERSUS**                                                                    **NO. 21-880**

**DEPUTY LIBERATO, ET AL.**                                  **SECTION: "I"(3)**

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 28th day of April, 2022.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**